IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-71-M-KS

| | |
|---|---|
| YAMIN MOUSSELLI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
|    Defendant. | ) |

   This case is scheduled for a Rule 16 nonfinal pretrial conference on July 9, 2025. Based upon the information contained in the parties' joint report filed July 2, 2025, the court CONTINUES the Rule 16 nonfinal pretrial conference to **July 31, 2025, at 2:00 p.m.** in Greenville. On or before **July 24, 2025**, the parties shall confer and submit to the court a joint report in accordance with Section I of the Case Management Order. Defendant's motion to excuse local counsel from the July 9, 2025, pretrial conference [DE #31] is DISMISSED as moot.

   This 7th day of July 2025.

                                                           _/s/ Kimberly A. Swank_
                                                         KIMBERLY A. SWANK
                                                        United States Magistrate Judge