IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-71-M-KS

| | |
|---|---|
| YAMIN MOUSSELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's motion to excuse local counsel from attendance at the Rule 16 nonfinal pretrial conference scheduled for July 31, 2025. On July 7, 2025, the court ordered the parties, in preparation for the conference, to confer and submit a joint report in accordance with Section I of the Case Management Order. On July 24, 2025, the parties filed a ten-page report outlining various discovery disputes between the parties. (Jt. Report [DE #39].) Given the number and nature of disputes which remain outstanding following the parties' conferral, the court DENIES Defendant's motion to excuse local counsel from attendance at the Rule 16 nonfinal pretrial conference [DE #36].

    This 25th day of July 2025.

                                                  KIMBERLY A. SWANK
                                                  United States Magistrate Judge