# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| YAMIN MOUSSELLI., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. 5:25-cv-00071-BO-KS** |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE TO DEFENDANT OF FILING OF
## MATERIALS DESIGNATED CONFIDENTIAL

Plaintiff, pursuant to the Court's Electronic Case Filing Administrative Policies and Procedures Manual section V.G.1.(e.), gives notice to Defendant that material Defendant designated confidential was provisionally filed under seal at ECF #105.

    /s/ Rashad Blossom
Rashad Blossom Bar Number: 45621
Attorney for Plaintiff
Blossom Law PLLC
126 N. McDowell St., 2nd Floor
Charlotte, NC 28204
Telephone: (704) 256-7766
Fax: (704) 486-5952
E-mail: rblossom@blossomlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2026, the foregoing was served via email on counsel of record via CM/ECF.

/s/ Rashad Blossom
Rashad Blossom
