# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| YAMIN MOUSSELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-00071-BO-KS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO ACCEPT AS TIMELY FILED
RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

1.      The deadline for both parties to file responses to their respective pending motions for summary judgment was Saturday, May 23, 2026. *See* ECF #98.

2.      Plaintiff filed his response to Defendant's motion for partial summary judgment on May 23, 2026. *See* ECF #103.

3.       As Plaintiff was preparing his response for filing, counsel reviewed this Court's local rules and noted that Local Civil Rule 56.1(a)(2) provides that "[t]he memorandum opposing a motion for summary judgment shall be supported by a separate statement that includes a response to each numbered paragraph in the movant's statement…" (the "Opposing Separate Statement").

4.      Accordingly, to comply with that Rule, Plaintiff drafted the Opposing Separate Statement, reviewed and redacted several parts of it in accordance with certain facts Defendant designated confidential, and filed it six minutes after midnight—on May 24, 2026 at 12:06 a.m. *See* ECF #104.

5.      To the extent the Opposing Separate Statement was required to have been filed simultaneously with Plaintiff's response on May 23, 2026, Plaintiff requests the Court enter an Order accepting the Opposing Separate Statement as timely filed.

6. No prejudice to the Defendant will result by granting the requested relief because any deadline for the Opposing Separate Statement was on a Saturday of the Memorial Day weekend, the delay was minimal, no deadlines are affected, and the local rules do not appear to permit Defendant to file a "reply" to the Opposing Separate Statement.

7. Further, the delay in filing the Opposing Separate Statement was not tactical and resulted solely from Plaintiff's efforts to comply with the Court's local rules. Plaintiff acted in good faith.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order accepting the Opposing Separate Statement as timely filed.

Respectfully submitted this 26th day of May 2026.


___ _/s/ Rashad Blossom_____
Rashad Blossom Bar Number: 45621
Blossom Law PLLC
126 N. McDowell St., 2nd Floor
Charlotte, NC 28204
Telephone: (704) 256-7766
Fax: (704) 486-5952
E-mail: rblossom@blossomlaw.com
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2026, the foregoing was served on counsel of record via CM/ECF.


_____/s/ Rashad Blossom_____
Rashad Blossom