**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| YAMIN MOUSSELLI., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **No. 5:25-cv-00071-BO-KS** |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE TO DEFENDANT OF FILING OF**
**MATERIALS DESIGNATED CONFIDENTIAL**

Plaintiff, pursuant to the Court's Electronic Case Filing Administrative Policies and

Procedures Manual section V.G.1.(e.), gives notice to Defendant that material Defendant

designated confidential was provisionally filed under seal at ECF #111.


       /s/ Rashad Blossom
Rashad Blossom Bar Number: 45621
Attorney for Plaintiff
Blossom Law PLLC
126 N. McDowell St., 2nd Floor
Charlotte, NC 28204
Telephone: (704) 256-7766
Fax: (704) 486-5952
E-mail: rblossom@blossomlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 8, 2026, the foregoing was served via email on counsel of record via CM/ECF.

/s/ Rashad Blossom

Rashad Blossom