IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YAMIN MOUSSELLI,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendant. | Case No. 5:25-cv-00071-BO-KS<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO ACCEPT AS TIMELY FILED RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby notifies the Court that it does not oppose Plaintiff's Motion to Accept as Timely Filed his Response to Defendant's Statement of Material Facts, (Doc. 107), given that Plaintiff's Response, (Doc. 104), was filed only 6 minutes late.

DATED:  June 16, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Vincent Smolczynski*
    Vincent Smolczynski, NC Bar No. 59715
    vsmolczynski@seyfarth.com
    SEYFARTH SHAW LLP
    300 S. Tryon Street, Suite 400
    Charlotte, NC 28202
    Telephone: (704) 925-6060
    Facsimile: (704) 946-6083

*Counsel for Defendant*
*Equifax Information Services LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 16, 2026, I presented the foregoing STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO ACCEPT AS TIMELY FILED RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Vincent Smolczynski*
Vincent Smolczynski
*Counsel for Defendant*
*Equifax Information Services LLC*